he could be sentenced from 1 to 10 years on the original theft offense. The court then revoked defendant's probation.

On April 16, 1974, a consolidated sentencing hearing was held with two other cases now pending in this court (General Nos. 12717, 12718). A presentence report was filed, and the probation officer testified that the other offenses had occurred while defendant was on probation. The defendant presented witnesses to testify in mitigation and also testified in his own behalf. An assistant probation officer testified for the State. The court then sentenced defendant to a 2- to 6-year term of imprisonment to run concurrently with the other above described sentences. The sentence imposed is within the statutory limits.

We agree that this record discloses no justiciable issue for review and that the appeal is without merit and frivolous. Accordingly the motion of the Illinois Defender Project to withdraw as defendant's counsel is allowed, and the judgment of the trial court is affirmed.

Judgment affirmed.

CRAVEN and GREEN, JJ., concur.

FERRY & HENDERSON ARCHITECTS, INC., Plaintiff-Appellant, *v.* RIDGEWOOD NURSING HOME, INC., Defendant-Appellee.—(LAND OF LINCOLN BANK, Garnishee-Appellee.)

(No. 12548; )

Fourth District—April 3, 1975.

Opinion by Mr. JUSTICE CRAVEN.

Sorling, Catron, and Hardin, of Springfield (R. Gerald Barris, of counsel), for appellant.

No appearance for appellee.